UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICHAEL JOHNSON, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| CBD ENERGY LIMITED, NATIONAL SECURITIES CORPORATION, NORTHLAND SECURITIES, INC., GERARD McGOWAN, RICHARD PILLINGER, TODD BARLOW, CARLO BOTTO, WILLIAM MORRO and JAMES GREER, | § § § § § § § § § | Civil Action No. 2:14-cv-00997 |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO TRANSFER VENUE

The Court has considered Plaintiff Michael Johnson's and Defendants National Securities Corporation and Northland Securities, Inc.'s Agreed Motion to Transfer Venue. The Court has determined that the motion should be granted. Therefore, the Court hereby GRANTS Plaintiff and Defendants' Agreed Motion to Transfer Venue and ORDERS the Clerk of the Court to TRANSFER this action to the United States District Court for the Southern District of Texas, Houston Division.

**Signed this date.**

**May 19, 2015**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE