# U.S. District Court [LIVE]
# Eastern District of TEXAS (Marshall)
# CIVIL DOCKET FOR CASE #: 2:14–cv–00997–JRG–RSP

| | |
|---|---|
| Johnson v. CBD Energy Limited et al | Date Filed: 10/27/2014 |
| Assigned to: Judge Rodney Gilstrap | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Roy S. Payne | Nature of Suit: 850 Securities/Commodities |
| Cause: 15:77 Securities Fraud | Jurisdiction: Federal Question |

**Plaintiff**

**Michael Johnson**    represented by    **Phillip Kim**
The Rosen Law Firm, PA
275 Madison Avenue
34th Floor
New York, NY 10016
212/686–1060
Fax: 212/202–3827
Email: pkim@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Dean Gresham**
Payne Mitchell Law Group, LLP
2911 Turtle Creek Blvd
Suite 1400
Dallas, TX 75219
214–252–1888
Fax: 214–252–1889
Email: dean@paynemitchell.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CBD Energy Limited**

**Defendant**

**National Securities Corporation**    represented by    **Paul Richard Bessette**
King &Spalding LLP – Austin
401 Congress Avenue
Suite 3200
Austin, TX 78701
512/457–2050
Fax: 512/457–2100
Email: pbessette@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northland Securities, Inc.** represented by **Paul Richard Bessette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerard McGowan**

**Defendant**

**Richard Pillinger**

**Defendant**

**Todd Barlow**

**Defendant**

**Carlo Botto**

**Defendant**

**William Morro**

**Defendant**

**James Greer**

**Movant**

**Shan Zhengjian** represented by **Michael Charles Smith**
Siebman Burg Phillips &Smith, LLP–Marshall
P O Box 1556
Marshall, TX 75671–1556
903–938–8900
Fax: 19727674620
Email: michaelsmith@siebman.com
*ATTORNEY TO BE NOTICED*

**Paul Richard Bessette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Charles McKissick** represented by **Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Richard Bessette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Mahmmoud Sakhi** represented by **Phillip Kim**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2014 | Ï 1 | COMPLAINT – *Class Action* against Todd Barlow, Carlo Botto, CBD Energy Limited, James Greer, Gerard McGowan, William Morro, National Securities Corporation, Northland Securities, Inc., Richard Pillinger ( Filing fee $ 400 receipt number 0540–4899548.), filed by Michael Johnson. (Attachments: # 1 Certification, # 2 Civil Cover Sheet)(Gresham, R.) (Entered: 10/27/2014) |
| 10/27/2014 | Ï | Case assigned to Judge Rodney Gilstrap. (ch, ) (Entered: 10/27/2014) |
| 10/27/2014 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 10/27/2014) |
| 10/27/2014 | Ï 2 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Rodney Gilstrap on 10/27/2014. (ch, ) (Entered: 10/27/2014) |
| 10/27/2014 | Ï 3 | SUMMONS Issued as to, Carlo Botto, CBD Energy Limited, James Greer, Gerard McGowan, William Morro, National Securities Corporation, Northland Securities, Inc., Richard Pillinger. (Attachments: # 1 CBD Energy Limited, # 2 Gerard McGowan, # 3 James Greer, # 4 National Securities Corporation, # 5 Northland Securities Inc, # 6 Richard Pillinger, # 7 Todd Barlow, # 8 William Morro)(ch, ) (Entered: 10/27/2014) |
| 10/30/2014 | Ï 4 | NOTICE of Attorney Appearance – Pro Hac Vice by Phillip Kim on behalf of Michael Johnson. Filing fee $ 100, receipt number 0540–4907224. (Kim, Phillip) (Entered: 10/30/2014) |
| 12/02/2014 | Ï 5 | NOTICE of Attorney Appearance by Paul Richard Bessette on behalf of National Securities Corporation, Northland Securities, Inc. (Bessette, Paul) (Entered: 12/02/2014) |
| 12/02/2014 | Ï 6 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by National Securities Corporation, Northland Securities, Inc.. (Attachments: # 1 Text of Proposed Order Order)(Bessette, Paul) (Entered: 12/02/2014) |
| 12/04/2014 | Ï 7 | ORDER granting 6 Motion for Extension of Time to Answer. Signed by Magistrate Judge Roy S. Payne on 12/03/2014. (nkl, ) (Entered: 12/04/2014) |
| 12/15/2014 | Ï 8 | SUMMONS Returned Executed by Michael Johnson. National Securities Corporation served on 11/3/2014, answer due 11/24/2014. (ch, ) (Entered: 12/19/2014) |
| 12/15/2014 | Ï 9 | SUMMONS Returned Executed by Michael Johnson. Northland Securities, Inc. served on 10/31/2014, answer due 11/21/2014. (ch, ) (Entered: 12/19/2014) |
| 12/15/2014 | ï 10 | SUMMONS Returned Executed by Michael Johnson. CBD Energy Limited served on 10/29/2014, answer due 11/19/2014. (ch, ) (Entered: 12/19/2014) |
| 12/26/2014 | ï 11 | MOTION for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel by Shan Zhengjian, Charles McKissick. (Attachments: # 1 Declaration of Michael C. Smith, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order)(Smith, Michael) (Entered: 12/26/2014) |
| 12/26/2014 | ï 12 | |

|  |  | MOTION to Appoint Counsel *and Lead Plaintiff* by Mahmmoud Sakhi. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Declaration of Phillip Kim ("Kim Decl"), # 4 Exhibit 1 to Kim Decl., # 5 Exhibit 2 to Kim Decl., # 6 Exhibit 3 to Kim Decl., # 7 Exhibit 4 to Kim Decl., # 8 Exhibit 5 ot Kim Decl.)(Kim, Phillip) (Entered: 12/26/2014) |
|---|---|---|
| 01/09/2015 | 13 | NOTICE by Charles McKissick, Shan Zhengjian re 12 MOTION to Appoint Counsel *and Lead Plaintiff "Notice of Non−Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Counsel"* (Smith, Michael) (Entered: 01/09/2015) |
| 01/13/2015 | 14 | NOTICE by Mahmmoud Sakhi re 12 MOTION to Appoint Counsel *and Lead Plaintiff Notice of Non−Opposition to Mr. Sakhi's Motion* (Kim, Phillip) (Entered: 01/13/2015) |
| 05/19/2015 | 15 | Agreed MOTION to Change Venue by Charles McKissick, National Securities Corporation, Northland Securities, Inc., Shan Zhengjian. (Attachments: # 1 Text of Proposed Order)(Bessette, Paul) (Entered: 05/19/2015) |
| 05/19/2015 | 16 | ORDER granting 15 Motion to Change Venue ORDERS the Clerk of the Court to TRANSFER this action to the United States District Court for the Southern District of Texas, Houston Division. Signed by Magistrate Judge Roy S. Payne on 5/19/2015. (ch, ) (Entered: 05/19/2015) |