**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CBD ENERGY LIMITED, NATIONAL SECURITIES CORPORATION, NORTHLAND SECURITIES, INC., GERARD McGOWAN, RICHARD PILLINGER, TODD BARLOW, CARLO BOTTO, WILLIAM MORRO, and JAMES GREER,<br><br>Defendants. | ) | No. 15-CV-1668<br><br>District Judge Gray H. Miller |

**~~[Proposed]~~ Order Setting Schedule for Filing of Amended Complaint and Briefing on Motion to Dismiss**

The Court having reviewed the Parties' July 2, 2015 proposed schedule concerning the filing of an amended complaint and briefing on any motions to dismiss:

IT IS HEREBY ORDERED:

1. On or before August 13, 2015, Lead Plaintiff Mahmmoud Sakhi ("Lead Plaintiff") shall file an amended complaint (the "Operative Complaint");
2. On or before 45 days following the filing of the Operative Complaint, Defendants National Securities Corporation and Northland Securities, Inc. (collectively, the "Defendants") shall answer or otherwise respond to the Operative Complaint, subject to any further Orders of this Court; and

3. If Defendants file dispositive motions with respect to the Operative Complaint, then (i) Lead Plaintiff shall serve and file his opposition papers on or before 45 days after Defendants file their motions, and (ii) Defendants shall serve and file their reply papers on or before 21 days after Lead Plaintiff files his opposition papers.

Dated: July 21, 2015

~~HON. GRAY H. MILLER~~ Nancy Johnson
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate