UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED
December 01, 2015
David J. Bradley, Clerk

| | |
|---|---|
| MAHMMOUD SAKHI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL.,<br><br>Defendant. | Civil Action<br><br>Case No.: 4:15-cv-01668 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SERVE PROCESS ON DEFENDANTS GERARD MCGOWAN AND TODD BARLOW BY PUBLICATION**

Having considered the motion of Lead Plaintiff Mahmmoud Sakhi and Named Plaintiffs Joseph Pankowski and Dmytro Kavchak (collectively "Plaintiffs") for leave to serve process on Defendants Gerard McGowan ("McGowan") and Todd Barlow ("Barlow") by publication; having considered all papers filed in connection with such motion; and finding that the requested relief is appropriate pursuant to Federal Rules of Civil Procedure 4(f)(3) and that good cause exists to grant the motion,

IT IS ORDERED that Plaintiffs may serve Defendants McGowan and Barlow by publishing the attached notice and the summons herein via *GlobeNewswire* to be run once a week for four consecutive weeks. Upon completion of the final publication, Plaintiffs shall file with the Court a declaration attesting to the completion of such service in conformity with this Order, whereupon service shall be deemed complete.

Dated: Nov 30, 2015

THE HONORABLE ~~GRAY~~ H. MILLER
UNITED STATES DISTRICT JUDGE

**NOTICE**

TO: Gerard McGowan and Todd Barlow, Defendants YOU HAVE BEEN SUED in the United States District Court for the Southern District of Texas, Houston Division, in a case captioned Mahmmoud Sakhi, on behalf of himself and all others similarly situated, Plaintiffs, v. BlueNRGY Group Limited, f/k/a CBD Energy Limited, et al., Case No. 15-cv-01668. You may employ an attorney. If you or your attorney do not file a written answer to the Amended Complaint, or a responsive pleading pursuant to Fed. R. Civ. P. 12, with the Clerk of the U.S. District Court for the Southern District of Texas, United States Courthouse, 515 Rusk Street, Houston, Texas 77002, on or before 20 days after the final date of publication of this Notice, a default judgment may be taken against you. The Amended Complaint in the suit against you alleges that you violated Sections 11 and 15 of the Securities Act of 1933 from June 13, 2014 to October 24, 2014. The suit against you seeks damages on behalf of the plaintiffs. The Court has authority in this suit to enter a judgment or decree which will be binding upon you.