United States District Court
Southern District of Texas
**ENTERED**
December 03, 2015
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1668 |
| | § | |
| CBD ENERGY LIMITED, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Defendant Richard Pillinger's Unopposed Motion to Set Time to File an Answer or Otherwise Respond (Dkt. 50) is GRANTED.

It is therefore ORDERED that an answer or other response by Defendant Pillinger is postponed until 21 days of the ruling on the motion to amend.

Signed at Houston, Texas on December 3, 2015.

Gray H. Miller
United States District Judge