United States District Court
Southern District of Texas
**ENTERED**
January 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMMOUD SAKHI, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 4:15-cv-1668 |
| BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL., | ) | |
| Defendants. | ) | |

**PROPOSED ORDER DENYING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Pending before the Court is Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF Doc. No. 51). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be in all things denied. Accordingly, the Court hereby

ORDERS that Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF Doc. No. 51) is hereby DENIED. Plaintiffs have failed to show good cause pursuant to Rule 16(b).

SIGNED at Houston, Texas, on this 14th day of January, 2016.

~~Gray H. Miller~~
United States ~~District~~ Magistrate Judge