United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1668 |
| | § | |
| CBD ENERGY LIMITED, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The order denying motion to amend (Dkt. 63) signed by Magistrate Judge Nancy Johnson is VACATED. The case was returned to this court's docket on November 24, 2015.

It is further ORDERED that plaintiffs' opposed motion to amend complaint (Dkt. 51) is DENIED. Plaintiffs have failed to show good cause pursuant to Rule 16(b).

Signed at Houston, Texas on January 20, 2016.

Gray H. Miller
United States District Judge