United States District Court
Southern District of Texas

**ENTERED**
January 21, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMMOUD SAKHI, *on behalf of himself and all others similarly situated,* | § § § § § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION H-15-1668 |
| BLUENRGY GROUP LIMITED, *et al.,* | § § § | |
| *Defendants.* | § § | |

## ORDER

Plaintiffs' stipulation of dismissal as to defendant PricewaterhouseCoopers LLP (Dkt. 65) is GRANTED. It is therefore ORDERED that all claims asserted by plaintiffs in this matter against PricewaterhouseCoopers LLP are DISMISSED with prejudice, with each side to bear their own attorneys' fees and costs.

It is further ORDERED that defendant PricewaterhouseCoopers LLP's motion to dismiss (Dkt. 46) is DENIED as moot.

Signed at Houston, Texas on January 21, 2016.

_____
Gray H. Miller
United States District Judge