United States District Court
Southern District of Texas
**ENTERED**
January 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMMOUD SAKHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL.,<br><br>Defendants. | ) | Civil Action No. 4:15-cv-1668 |

**ORDER SETTING SCHEDULE FOR BRIEFING ON MOTIONS TO DISMISS**

The Court having reviewed the parties' proposed schedule of January 27, 2016 concerning the briefing on motions to dismiss, IT IS HEREBY ORDERED:

- defendants PricewaterhouseCoopers – Australian Firm ("PwC Australia") and Richard Pillinger ("Pillinger") shall electronically file and serve motions to dismiss, or otherwise respond to the amended complaint, by February 19, 2016;

- lead plaintiff Mahmmoud Sakhi and named plaintiffs Joseph Pankowski and Dmytro Kavchak ("Plaintiffs") shall electronically file and serve an omnibus opposition, not to exceed 65 pages, to the Underwriters', PwC Australia's, and Pillinger's motions by March 21, 2016; and

- defendants PwC Australia, Pillinger, and the Underwriters shall electronically file and serve replies by April 4, 2016.

SIGNED this 28 day of Jan, 2016.

Hon. Gray H. Miller
United States District Judge