IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMMOUD SAKHI, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:15-cv-1668 |
| BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL., | ) ) ) | |
| Defendants. | ) | |

---

**REQUEST FOR ORAL ARGUMENT BY DEFENDANTS
NATIONAL SECURITIES CORPORATION AND
NORTHLAND SECURITIES, INC.**

---

Pursuant to Section 6(d) of Judge Miller's Court Procedures entitled "Young Lawyers," Defendants National Securities Corporation and Northland Securities, Inc. ("Underwriter Defendants") respectfully request a hearing on their Motion to Dismiss (Dkt. No. 45).[1]  Underwriter Defendants believe that oral argument will better enable the parties and the Court to address the facts, law, and issues presented in their Motion to Dismiss.

If the Court grants a hearing on the Motion to Dismiss, the argument would be handled by a young lawyer, Sal Subasinghe (junior associate), with the assistance of James P. Sullivan (senior associate).

---

[1] Lead Plaintiff filed his Omnibus Opposition to Defendants' Motions to Dismiss (Dkt. No. 73) on March 21, 2016.  Underwriter Defendants filed a Reply in support of their motion to dismiss (Dkt. No. 74) on March 30, 2016.

March 31, 2016                              Respectfully submitted.

                                           /s/  Paul R. Bessette
                                           Paul R. Bessette
                                           Texas Bar No. 02263050
                                           S.D. Tex. Bar No. 22453

                                           Michael J. Biles
                                           Texas Bar No. 24008578
                                           S.D. Tex. Bar No. 23146

                                           James P. Sullivan
                                           Texas Bar No. 24070702
                                           S.D. Tex. Bar No. 1196607

                                           Srimath S. Subasinghe
                                           Texas Bar No. 24093226
                                           S.D. Tex. Bar No. 2487169

                                           KING & SPALDING LLP
                                           401 Congress Avenue, Suite 3200
                                           Austin, Texas  78701
                                           pbessette@kslaw.com
                                           [Tel.] (512) 457-2000
                                           [Fax] (512) 457-2100

                                           *Counsel for Defendants National
                                           Securities Corporation and Northland
                                           Securities, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 31, 2016, I electronically filed the foregoing request with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing request and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ Paul R. Bessette
*Counsel for Defendants*
*National Securities Corporation and Northland Securities, Inc.*