United States District Court
Southern District of Texas
**ENTERED**
April 06, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1668 |
| | § | |
| CBD ENERGY LIMITED, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Defendants' request for oral argument (Dkt. 75) is GRANTED. It is therefore ORDERED that an oral hearing will be held on defendants' motions to dismiss (Dkt. 45, 71, 72) on Tuesday, April 19, 2016 at 2:00 p.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on April 6, 2016.

Gray H. Miller
United States District Judge