United States District Court
Southern District of Texas
**ENTERED**
May 26, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MAHMMOUD SAKHI, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 4:15-cv-01668 |
| BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL., | § | |
| Defendants. | § | |

**ORDER GRANTING EXTENSION FOR DEFENDANTS TO FILE ANSWER**

The Court having reviewed the Stipulation Regarding Defendants CBD Energy USA Limited and BlueNRGY Group Limited f/k/a CBD Energy Limited Answer Deadline, and has been agreed to by Lead Plaintiff Mahmmoud Sakhi and Named Plaintiffs Joseph Pankowski and Dmytro Kavchak, is hereby GRANTED.

Defendants CBD Energy USA Limited and BlueNRGY Group Limited f/k/a CBD Energy Limited's deadline to file their answers to Plaintiffs' Amended Class Action Complaint (Dkt. # 27) is extended to June 30, 2016.

DATED: 5-26-16

UNITED STATES DISTRICT JUDGE