IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMMOUD SAKHI, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 4:15-cv-01668 |
| BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL., | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants Todd Barlow's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and good cause appearing, it is hereby

**ORDERED** that Defendant Barlow's Motion is **GRANTED**, and

**FURTHER ORDERED** that Defendant Barlow shall have up to and including June 30, 2016 to respond to Plaintiffs' Amended Complaint.

**SO ORDERED** this 3 day of June, 2016.

UNITED STATES DISTRICT JUDGE

42282665.1