United States District Court
Southern District of Texas
**ENTERED**
June 13, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL JOHNSON, *on behalf of himself and others similarly situated*, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1668 |
| | § | |
| CBD ENERGY LIMITED, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

On May 27, 2016, defendant Gerard McGowan filed his Suggestion of Bankruptcy (Dkt. 94). Pursuant to 11 U.S.C. § 362 the proceedings against Gerard McGowan are stayed pending the resolution of the bankruptcy proceedings. Within twenty days of the close of the bankruptcy action, Gerard McGowan shall notify the Court that the bankruptcy proceedings are complete. The plaintiff Michael Johnson and the remaining defendants shall have twenty days from the date of entry of this Order to request a stay of all of the proceedings in this case, or this action will proceed against the remaining defendants.

Signed at Houston, Texas on June 13, 2016.

Gray H. Miller
United States District Judge