**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MAHMMOUD SAKHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUENRGY GROUP LIMITED, f/k/a CBD ENERGY LIMITED, ET AL.,<br><br>Defendants. | ) | Civil Action No. 4:15-cv-01668 |

**ORDER**

Upon consideration of Defendants CBD Energy USA Limited, BlueNRGY Group Limited f/k/a CBD Energy Limited, and Todd Barlow's Unopposed Joint Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and good cause appearing, it is hereby

**ORDERED** that Moving Defendants' Motion is **GRANTED**, and

**FURTHER ORDERED** that Defendants CBD Energy USA Limited, BlueNRGY Group Limited f/k/a CBD Energy Limited, and Todd Barlow shall have up to and including August 11, 2016 to respond to Plaintiffs' Amended Complaint.

**SO ORDERED** this 29 day of June, 2016.

UNITED STATES DISTRICT JUDGE

42300669.1