United States District Court
Southern District of Texas
**ENTERED**
October 13, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1668 |
| | § | |
| CBD ENERGY LIMITED, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**AMENDED ORDER**

Plaintiff's and defendants' requests for oral argument (Dkt. 114, 115) are GRANTED. It is therefore ORDERED that an oral hearing will be held on defendants' motions to dismiss (Dkt. 105, 109) on Tuesday, October 25, 2016 at 10:00 a.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on October 13, 2016.

Gray H. Miller
United States District Judge