IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH PANKOWSKI, Individually and on Behalf of all others similarly situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-01668 |
| CBD ENERGY LIMITED, NATIONAL SECURITIES CORPORATION, NORTHLAND SECURITIES, INC. GERARD MCGOWAN, RICHARD PILLINGER, TODD BARLOW, CARLO BOTTO, WILLIAM MORROW, and JAMES GREER | § § § § § § § § § | |
| Defendant. | § | |

## Certificate of Interested Parties

Defendant BlueNRGY Group Limited f/k/a CBD Energy Limited, provides the following list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations and other entities known to have a financial interest in the outcome of this litigation.

1. Plaintiff, Joseph Pankowski

2. Defendant <u>BlueNRGY Group Limited (fka CBD Energy Limited)</u>

3. Defendant CBD Energy USA Limited

4. Defendant Gerard McGowan

5. Defendant Richard Pillinger

6. Defendant Todd Barlow

7. Defendant Carlo Botto

1

8. Defendant William Morro

9. Defendant James Greer

10. Defendant Patrick Lennon

11. Defendant National Securities, Inc.

12. Defendant Northland Securities, Inc.

13. All individuals similarly situated to Plaintiff in this matter

14. Counsel of record for all parties.

Dated:  January 4, 2017

          Respectfully submitted,

By:    /s/ Jason E. Williams
      Jason E. Williams
      Texas State Bar No. 24047113
      Federal ID No. 569335
2777 Allen Parkway, Tenth Floor
Houston, Texas  77019
Phone:  (713) 524-8811
Fax:     (713) 524-4102
Email:  jwilliams@bizlawhouston.com

**Counsel for Defendant BlueNRGY Group Limited**

**Certificate of Service**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on January 4, 2017, which caused an electronic copy of this documents to be served on all counsel of record who have appeared in this matter.

/s/ Jason E. Williams