United States District Court
Southern District of Texas
**ENTERED**
January 31, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSEPH PANKOWSKI, *et al*.. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1668 |
| | § | |
| BLUENRGY GROUP LIMITED, *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

The following briefing schedule is entered regarding the class certification motion:

March 10, 2017: Plaintiff's Motion for class certification to be filed
April 21, 2017: Defendants' Responses to the Motion to be filed
May 19, 2017: Plaintiff's reply in support of his Motion to be filed

Signed at Houston, Texas on January 31, 2017.

Gray H. Miller
United States District Judge