**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re CBD Energy Limited Securities Litigation | § § § | Master File No. 4:15-cv-01668 |
| This Document Relates to:  All Actions | § § § § | CLASS ACTION |

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 16.3, the undersigned parties hereby submit this Notice of Settlement to notify the Court that Lead Plaintiffs Joseph Pankowski, Robert Lempert, and LPT Investments Ltd ("Lead Plaintiffs") have reached a settlement in this action, subject to the Court's approval, that will resolve all claims in this action as to each and every defendant.  The parties are in the process of formalizing their settlement agreement.

Lead Plaintiffs will file a motion for preliminary approval of the proposed settlement within forty-five (45) days of the submission of this Notice of Settlement.

Dated: March 1, 2017         Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Yu Shi
Phillip Kim, Esq. (*pro hac vice*)
Yu Shi, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY, 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: yshi@rosenlegal.com

1

Keith R. Lorenze. (State Bar No. 24046313)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: klorenze@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

-and-

**BRONSTEIN GEWIRTZ & GROSSMAN LLC**
Peretz Bronstein (admitted *pro hac vice*)
Shimon Yiftach (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgang.com
Email: shimony@bgandg.com

*Co-Lead Counsel for Lead Plaintiffs Robert Lempert and LPT Investments Ltd.*


**GRESHAM PC**
R. Dean Gresham, Esq. (State Bar No. 24027215)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 916-0524
Facsimile: (469) 535-8100
Email: dean@paynemitchell.com

*Liaison Counsel for Lead Plaintiff Joseph Pankowski*

| | |
|---|---|
| Dated: March 1, 2017 | **NORTON ROSE FULBRIGHT US LLP** |

/s/ Gerard G. Pecht
Gerard G. Pecht
State Bar No. 15701800
gerard.pecht@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Mark Oakes
State Bar No. 24062923
mark.oakes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone: (512) 536-5221
Facsimile: (512) 536-4598

*Counsel for Defendants Richard Pillinger, Todd Barlow, William Morro, and Carlo Botto*

Dated: March 1, 2017  **KING & SPALDING LLP**

/s/ Paul R. Bessette
Paul R. Bessette
State Bar No.  02263050
Michael J. Biles
Texas Bar No. 24008578
James P. Sullivan
Texas Bar No. 24070702
Srimath S. Subasinghe
Texas Bar No. 24093226
401 Congress Avenue, Suite 3200
Austin, Texas  78701
Tel.: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
jsullivan@kslaw.com
ssubasinghe@kslaw.com

*Counsel for Defendants National Securities Corporation and Northland Securities Inc.*

4

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this, the 1st day of March, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                /s/ Yu Shi
                Yu Shi