UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE CBD ENERGY LIMITED SECURITIES LITIGATION | Master File No.: 4:15-cv-01668 |
| | CLASS ACTION |
| This Document Relates to: All Actions | District Judge Gray H. Miller |

**LEAD PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFFS**

PLEASE TAKE NOTICE Lead Plaintiffs Joseph Pankowski, Robert Lempert, and LPD Investments Ltd. ("Lead Plaintiffs"), by and through their attorneys, individually and on behalf of all others similarly situated, will and hereby do move this Court on July 27, 2017 at 9:00 a.m., the date and time previously set by the Honorable Gray H. Miller, Courtroom 9D, United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002 for an order: (i) awarding attorneys' fees, (ii) awarding reimbursement of litigation expenses, and (iii) approving a compensatory award to Lead Plaintiffs.

This motion is based on the accompanying: (i) Memorandum of Law in Support of Lead Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiffs; (ii) Declaration of Phillip Kim in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Lead Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and Award to Lead Plaintiffs and the exhibits attached thereto; and (iii) the pleadings and records on

1

file in this action, including the Stipulation and Agreement of Settlement (the "Settlement Stipulation")(Dkt. No. 135) and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: June 23, 2017                           Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

Keith R. Lorenze (State Bar No. 24046313)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: klorenze@rosenlegal.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein  (*pro hac vice*)
Shimon Yiftach (*pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com
Email: shimony@bgandg.com

*Lead Counsel for Lead Plaintiffs and Class*

**STECKLER GRESHAM COCHRAN PLLC**
R. Dean Gresham (State Bar No. 24027215)
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Tel: (855) 783-2553
Email: Dean@stecklerlaw.com

*Liaison Counsel for Lead Plaintiffs and Class*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd of June, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                      /s/ Phillip Kim
                                      Phillip Kim