United States District Court
Southern District of Texas
**ENTERED**
July 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE CBD ENERGY LIMITED SECURITIES LITIGATION | Master File No.: 4:15-cv-01668 |
| | CLASS ACTION |
| This Document Relates to: All Actions | District Judge Gray H. Miller |

**ORDER GRANTING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFFS**

Having considered the moving papers on Lead Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiffs and all other matters presented to this Court, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Court GRANTS Co-Lead Counsel's request for attorneys' fees in the cash amount of one-third of the Settlement Fund ($500,000 in cash), as well as reimbursement of reasonable and necessary expenses incurred in the prosecution of the Action in the amount of $31,183.24, together with the interest earned thereon for the same time period and at the rate earned by the Settlement Fund until paid. Said fees shall be allocated among Co-Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Action. The Court finds that the amount of fees awarded is fair and reasonable in light of the time and labor required, the novelty and difficulty of the case, the skill required to prosecute the case, the experience and ability of the attorneys,

awards in similar cases, the contingent nature of the representation and the result obtained for the Class.

2. The Court hereby GRANTS Lead Plaintiffs' reimbursement of their reasonable costs and expenses (including lost wages) directly related to their representation of the Settlement Class in the total amount of $10,000, which includes $6,000 to Lead Plaintiff Joseph Pankowski, $2,000 to Lead Plaintiff Robert Lempert, and $2,000 to Lead Plaintiff LPD Investments Ltd.

SO ORDERED:

Dated: July 27, 2017

HON. GRAY H. MILLER
UNITED STATES DISTRICT JUDGE