United States District Court
Southern District of Texas
ENTERED
March 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE CBD ENERGY LIMITED SECURITIES LITIGATION | Master File No.: 4:15-cv-01668 |
| | CLASS ACTION |
| This Document Relates to: All Actions | District Judge Gray H. Miller |

**ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS**

IT IS HEREBY ORDERED THAT:

1. The Net Settlement Fund (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a pro rata basis to the Authorized Claimants identified in Exhibits B-1 and B-2 to the Declaration of Josephine Bravata, at the direction of Co-Class Counsel, pursuant to the Stipulation and Agreement of Settlement (the "Stipulation") and the Plan of Allocation set forth in the Notice of Pendency and Settlement of Class Action that was distributed pursuant to this Court's prior Preliminary Approval Order.

2. Any person asserting any rejected or subsequently filed claims are finally and forever barred as of February 28, 2018.[1]

3. The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Gross Settlement Fund, Net Settlement Fund or Escrow Account are released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members are barred from making any further claims against the Gross Settlement Fund or the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

4. The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER DISTRIBUTION DATE." Co-Class Counsel and Claims Administrator Strategic Claims

[1] The date used to finalize the administration based on the Bravata Declaration.

Services ("SCS") are authorized to locate and/or contact any Authorized Claimant who has not cashed his/her or its check within said time.

5. If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants or to pay any late but otherwise valid and fully document claims received after the cut-off date used to make the initial distribution, provided that such distributions to any late post-distribution claimants meet all of the other criteria for inclusion in the initial distribution, including the $10.00 minimum check amount set forth in the Notice; (ii) second, to pay any additional Administrative Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If any funds shall remain in the Net Settlement Fund six months after such re-distribution, then such balance shall be contributed to a non-profit 501(c)(3) charity selected by Co-Class Counsel.

6. This Court retains jurisdiction over any further application or matter which may arise in connections with this action.

IT IS SO ORDERED.

Dated: March 29, 2018

HON. GRAY H. MILLER
UNITED STATES DISTRICT JUDGE